UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VINCIEN CURRIE**<br>1550 Madison Road, Apartment 9<br>Hermitage, Pennsylvania 45206<br><br>Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>**JOY CONE CO.**<br>3435 Lamor Road<br>Hermitage, Pennsylvania 16148<br><br>                    Defendant. | No. 2:23-cv-00764-CCW<br><br>Judge Christy C. Wiegand |

**PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

Vincien Currie ("Plaintiff"), through his attorneys, individually and on behalf of all others similarly situated, hereby move this Court to:

1. Grant preliminary approval of the Settlement described in the "Settlement Agreement" between Vincien Currie and Defendant Joy Cone Co. ("Defendant" or "Joy Cone");

2. Approve the notice plan set forth in the Settlement Agreement;

3. Appoint Atticus Administration, LLC as Settlement Administrator;

4. Preliminarily certify the Settlement Class for settlement purposes only under Rule 23;

5. Appoint Vincien Currie as Representative of the Class;

6. Appoint Raina Borrelli of Turke & Strauss LLP as Settlement Class Counsel;

1

7.    Approve the form and content of the Short Form Notice (Ex. A), Long Form Notice (Ex. B), and Claim Form (Ex. C), all attached to the Settlement, respectively;

8.    Schedule a Final Fairness Hearing to consider entry of a final order approving the Settlement, final certification of the Settlement Class for settlement purposes only, and the request for attorneys' fees, costs, and expenses, and Plaintiff's service award.

This Motion is based upon: (1) this Motion; (2) the Memorandum in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement; (3) the Declaration of Raina C. Borrelli, filed herewith; (4) the Settlement Agreement; (5) the Notices of Class Action Settlement (both Short and Long Form); (6) the Claim Form; (7) the [Proposed] Order Granting Preliminary Approval of Class Action Settlement; (8) the [Proposed] Final Approval Order; (9) the records, pleadings, and papers filed in this action; and (10) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Date: January 5, 2024                                Respectfully Submitted,


                                                      /s/ *Raina C. Borrelli*
Raina C. Borrelli*
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, WI 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
raina@turkestrauss.com

Patrick Howard (PA ID #88572)
SALTZ, MONGELUZZI, & BENDESKY, P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Tel: (215) 496-8282
Fax: (215) 496-0999
phoward@smbb.com


*Appearing pro hac vice*


*Counsel for Plaintiff Vincien Currie and the Proposed Class*

3