UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VINCIEN CURRIE**<br>1550 Madison Road, Apartment 9<br>Hermitage, Pennsylvania 45206<br><br>Individually and on behalf of all others similarly situated,<br><br>                     Plaintiff,<br><br>v.<br><br>**JOY CONE CO.**<br>3435 Lamor Road<br>Hermitage, Pennsylvania 16148<br><br>                     Defendant. | Case No. 2:23-cv-00764-CCW<br><br>Judge Christy C. Wiegand |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

Vincien Currie ("Plaintiff"), through his attorneys, individually and on behalf of all others similarly situated, hereby moves this Court to:

1. Grant final approval of the settlement described in the "Settlement Agreement" between Plaintiff and Defendant Joy Cone Co. ("Defendant" or "Joy Cone").

2. Finally certify the Settlement Class for purposes of Settlement;

3. Find that the Notice distributed to the Class complied with this Court's Preliminary Approval Order and satisfied both due process and Federal Rule of Civil Procedure 23; and

4. Grant Plaintiff's Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Costs, and Payment of a Service Award to the Class Representative; and

5. Enter a final judgment dismissing this case.

1

This Motion is based upon: (1) this Motion; (2) the accompanying Memorandum in support; (3) the Memorandum in Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement; (4) the Settlement Agreement; (5) the Declaration of Raina C. Borrelli in Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement; (6) Plaintiff's Motion and Incorporated Memorandum of Law for an Award of Attorneys' Fees, Reimbursement of Litigation Costs, and Payment of a Service Award to the Class Representative; (7) the Declaration of Bryn Bridley Re Notice And Settlement Administration and accompanying exhibits filed therewith; (8) the [Proposed] Final Approval Order; (9) the records, pleadings, and papers filed in this action; and (10) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Dated: November 4, 2024    By:  */s/ Raina C. Borrelli*
Raina C. Borrelli (*pro hac vice*)
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

Patrick Howard (PA ID #88572)
SALTZ, MONGELUZZI, & BENDESKY, P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Telephone: (215) 496-8282
Facsimile: (215) 496-0999
phoward@smbb.com

*Attorneys for Plaintiff and the Settlement Class*

## **CERTIFICATE OF SERVICE**

  I, Raina C. Borrelli, hereby certify that on November 4, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 4th day of November, 2024.

        STRAUSS BORRELLI PLLC

      By: */s/ Raina C. Borrelli*
        Raina C. Borrelli
        raina@straussborrelli.com
        STRAUSS BORRELLI PLLC
        One Magnificent Mile
        980 N Michigan Avenue, Suite 1610
        Chicago IL, 60611
        Telephone: (872) 263-1100
        Facsimile: (872) 263-1109